UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LUKAS KUBILIUS, *on behalf of himself and others similarly situated*, | |
| Plaintiff, | Case No.: 18-cv-06656 |
| v. | Judge Elaine E. Bucklo |
| BARILLA AMERICA, INC. | Magistrate Judge Jeffrey Cummings |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff LUKAS KUBILIUS and Defendant BARILLA AMERICA, INC. hereby stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice, without costs or attorney's fees to either party.

Plaintiff Lukas Kubilius                    Defendant Barilla America Inc.

By:  */s/ C.K. Lee*                         By:  */s/ Steven P. Blonder*
     C.K. Lee, Esq. (#2903557)                   Steven P. Blonder (#6215773)
     LEE LITIGATION GROUP, PLLC                  MUCH SHELIST, P.C.
     73 West Monroe Street                       191 N. Wacker Drive, Suite 1800
     Chicago, IL 60603                           Chicago, IL 60606
     Tel.: 212-465-1188                          Tel.: 312-521-2000
     Fax: 212-465-1181                           Email: mdowns@muchlaw.com
     Email: cklee@leelitigation.com              *Attorneys for Defendant*
     *Attorneys for Plaintiff and the Class*

Dated:  January 16, 2020                    Dated:  January 16, 2020

                                            SO ORDERED:

                                            _____